UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

KAHOOTS, INC.,

        Defendant.

------------------------------------- x

No.: 1:20-cv-10303

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, KAHOOTS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       August 18, 2021

                                              **GOTTLIEB & ASSOCIATES**

                                              /s/Michael A. LaBollita, Esq.

                                Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                                New York, NY 10003
                                                    Phone: (212) 228-9795
                                                          Fax: (212) 982-6284
                                                      Michael@Gottlieb.legal

                                                   *Attorneys for Plaintiffs*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

                                                    Aug. 20, 2021